UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROEIAH EPPS-WARD,

       Plaintiff,

v.                                                    Case No. 24-cv-12528
                                                      HON. MARK A. GOLDSMITH
JARRETT ADAMS, et al.,

       Defendants.

_____/

## ORDER FOLLOWING FEBRUARY 24, 2026 HEARING

The Court conducted a hearing on February 24, 2026 regarding the following motions: Plaintiff's motion to strike (Dkt. 26), Defendants' motion to stay (Dkt. 29), Plaintiff's motion for default judgment (Dkt. 30), and Plaintiff's motion for sanctions (Dkt. 34). The Court deferred further consideration of those motions pending the filing of a memorandum by Plaintiff concerning certain issues that were raised at the hearing. The memorandum must be filed no later than March 9, 2026. A further hearing, which will be in-person, will be conducted on the motions on March 17, 2026 at noon. The Court also addressed Defendants' motion to adjourn the February 24 hearing (Dkt. 42), which was denied for the reasons stated on the record.

     **SO ORDERED.**

Dated: February 27, 2026                     s/Mark A. Goldsmith
Detroit, Michigan                            MARK A. GOLDSMITH
                                             United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 27, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager