UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROEIAH EPPS-WARD,

       Plaintiff,

v.
                                         Case No. 24-cv-12528
                                         HON. MARK A. GOLDSMITH

JARRETT ADAMS, et al.,

       Defendants.

_____/

## ORDER FOLLOWING APRIL 13, 2026 HEARING

For the reasons stated on the record at the April 13, 2026 hearing on Defendants' motion to set aside default (Dkt. 48), the Court grants the motion and sets aside the defaults entered by the Clerk of Court (Dkts. 27, 28). By close of business on April 17, Plaintiff must file a supplemental brief setting forth the sanctions that she believes should be imposed relative to that motion and to Plaintiff's motion for sanctions (Dkt. 34). If Plaintiff seeks attorney fees, the filing must include an affidavit or declaration of counsel for hours expended and counsel's standard hourly rate. Defendants may file a response no later than noon on April 21, 2026.

The parties must file a joint discovery plan on the docket by noon on April 21, 2026 in accordance with Fed. R. Civ. Proc. Rule 26(f)(3). The joint plan must include a brief summary of the case, the basis for subject matter jurisdiction, the relationship of this case to other cases, contemplated amendment(s) of pleadings, anticipated discovery disputes, plans for facilitation/arbitration/case evaluation, and anticipated motion practice. The joint plan must set forth proposed dates for all of the deadlines set forth in Judge Goldsmith's Case Management and Scheduling Order (which is on the Court's website), except for the dates following the dispositive motion cutoff. The Court will conduct a scheduling conference by Zoom on April 23, 2026 at noon. Connection information for the conference will be shared with counsel by email.

The Court also grants Plaintiff's motion to strike (Dkt. 26) for the reasons set forth in the motion; denies Plaintiff's motion for default judgment (Dkt. 30), because the defaults have been set aside; and denies Defendants' motion for stay (Dkt. 29), because it is moot.

**SO ORDERED.**

Dated: April 15, 2026             s/Mark A. Goldsmith
Detroit, Michigan                 MARK A. GOLDSMITH
                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 15, 2026.

                                  s/Joseph Heacox
                                  JOSEPH HEACOX
                                  Case Manager